IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Gertrude Burns, ) | | C.A. No. 4:07-4100-TLW-TER |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | ORDER |
| ) | | |
| Georgia-Pacific Consumer Products, LP, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

The Plaintiff brought this employment discrimination case against the Defendant under Title VII of the Civil Rights Act of 1964. Plaintiff alleges discrimination based on gender, race, and age.

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed July 29, 2009, by United States Magistrate Judge Tom Rogers, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that the Defendants' motion for summary judgment be granted. No objections have been filed to the Report.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

1

In light of this standard, the Court has carefully reviewed the Report and has concluded that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 47), the Defendants' motion for summary judgment is **GRANTED** (Doc. # 34), and this action is **DISMISSED**.

**IT IS SO ORDERED.**

    S/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

September 18, 2009
Florence, South Carolina